```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/06
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GALBRAITH & PAUL, INC.,
*Plaintiff,*

v.

SPRINGS INDUSTRIES, INC. et al.

*Defendants.*

Civil Action No.  06 Civ. 0423 (NRB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff hereby dismisses without prejudice the above captioned action as against all Defendants.

Richard S. Schurin (RS0199)
GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

DATED:   March 24, 2006

SO ORDERED:

Naomi Reice Buchwald
U.S.D.J.

DATED:  April /7, 2006